COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Hira Azhar v. Mohammed Ali Choudhri

Appellate case number:    01-20-00169-CV

Trial court case number:   2015-36895

Trial court:               312th District Court of Harris County

Appellant, Hira Azhar, has filed a motion for extension of time to file her appellant's brief. After extensions granted by this Court, appellant's brief was due to be filed on June 24, 2021. On June 28, 2021, the Clerk of this Court notified appellant that the time for filing her brief had expired, and that failure to file a brief within ten days may result in dismissal of her appeal for want of prosecution. *See* TEX. R. APP. P. 38.6, 42.3.

Later on June 28, 2021, appellant filed a "Notice of Intent to File Brief of Appellant," notifying the Court that counsel for appellant intended to file a brief on behalf of appellant by June 30, 2021. However, no brief was filed.

On July 14, 2021, appellant filed a motion for extension of time to file a brief, requesting that the deadline for filing appellant's brief be extended to July 20, 2021, and that "it is not anticipated that further extensions of time will be sought." The motion includes a certificate of conference representing that appellee, Mohammed Ali Choudhri, is unopposed to the relief requested. *See* TEX. R. APP. P. 10.3(a)(2). However, later on July 14, 2021, Choudhri filed a letter with the Clerk of this Court informing us that, despite the representations made in appellant's motion, Choudhri is opposed to the requested extension for appellant to file her brief.

The motion is **granted**. Appellant's brief is due to be filed **no later than July 20, 2021**. However, **no further requests for extension will be considered by the Court absent extraordinary circumstances, and the failure to file a brief on or before July 20, 2021 will result in the dismissal of appellant's appeal for want of prosecution**. *See* TEX. R. APP. P. 38.8(a)(1) (allowing dismissal for appellant's failure to timely file brief), 42.3(b) (allowing dismissal for want of prosecution), 42.3(c) (allowing dismissal for failure to comply with appellate court order or notice from appellate court clerk).

It is so ORDERED.

Judge's signature: ___/s/ Ampara Guerra_____

☑ Acting individually    ☐ Acting for the Court

Date: ___July 20, 2021____